BRIAN L. ZAGON (SBN: 142403)
HUNSUCKER GOODSTEIN PC
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Telephone: (925) 284-0840
Facsimile: (925) 284-0870
Email: bzagon@hgnlaw.com

Attorneys for Defendants
PYRO SPECTACULARS NORTH, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOAN TRUXLER, an individual, and JOSEPH TRUXLER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>PYRO SPECTACULARS NORTH, INC., a corporation, and LAKE TAHOE VISITORS AUTHORITY, INC., a corporation,<br><br>Defendants. | Case No. 2:13-cv-02310-TLN-EFB<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADINGS AND TO CONFER RE RULE 26(f) DISCOVERY PLAN**<br><br>Complaint Filed: November 6, 2013<br>Judge: The Honorable Troy L. Nunley<br>[Ordered to VDRP on December 11, 2013] |

It is hereby stipulated by and between Joan and Joseph Truxler ("Plaintiffs") and Pyro Spectaculars North, Inc. and Lake Tahoe Visitors Authority, Inc. ("Defendants"), through their respective counsel, as follows:

WHEREAS, this case has been submitted to the Voluntary Dispute Resolution Program ("VDRP");

WHEREAS, on December 19, 2013, the parties agreed to have Michael Vergara serve as the neutral in the VDRP proceedings;

WHEREAS, the deadline to hold a VDRP session is March 20, 2014;

WHEREAS, the parties have not yet been contacted by the neutral to schedule a VDRP session;

WHEREAS, responsive pleadings to Plaintiffs' complaint are due on or before January 9,

2014, the deadline for the parties to confer regarding Rule 26(f) discovery plan is January 20, 2014, and the joint status report is due on or before February 3, 2014; and,

WHEREAS, the parties agree that extending these deadlines will facilitate the mediation session and may preserve the Court's and the parties' resources should the VDRP session prove successful.

THEREFORE, the parties respectfully request that the Court extend the deadlines as follows:

1. Responsive pleadings to Plaintiffs' complaint will be due February 10, 2014;

2. The parties shall meet and confer regarding a Rule 26(f) discovery plan by February 18, 2014, and,

3. The parties' Joint Status Report will be due by February 24, 2014.

Dated: January 6, 2014                HUNSUCKER GOODSTEIN PC

By:  /s/ Brian L. Zagon
Brian L. Zagon (SBN: 142403)
HUNSUCKER GOODSTEIN PC
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Telephone: (925) 284-0840
Facsimile: (925) 284-0870
Email: bzagon@hgnlaw.com

Attorneys for Defendant
PYRO SPECTACULARS NORTH, INC.

Dated: January 6, 2014                FELDMAN MCLAUGHLIN THIEL LLP

By:  /s/
Kara L. Thiel (SBN: 244370)
FELDMAN MCLAUGHLIN THIEL LLP
178 U.S. Highway 50, Suite B
P. O. Box 1309
Zephyr Cove, NV  89448
Tel:  (775) 580-7431
Fax:  (775) 580-7436
Email: kara@fmttahoe.com

Attorneys for Defendant
LAKE TAHOE VISITORS AUTHORITY, INC.

Dated: January 6, 2014                    LOZEAU DRURY LLP

                                      By:   /s/ Michael R. Lozeau
                                               (as authorized on January 6 , 2014)
                                               Michael R. Lozeau (SBN: 142893)
                                               LOZEAU DRURY LLP
                                               410 12th Street, Suite 250
                                               Oakland, CA  94607
                                               Tel:  (510) 836-4200
                                               Fax: (510) 836-4205
                                               Email:  michael@lozeaudrury.com

                                  Attorneys for Plaintiffs
                                  JOAN AND JOSEPH TRUXLER

## **ORDER**

GOOD CAUSE APPEARING THEREFORE:

    IT IS HEREBY ORDERED that:

    1.    Responsive pleadings to Plaintiffs' complaint are due February 10, 2014;

    2.    The parties shall meet and confer regarding a Rule 26(f) discovery plan by February 18, 2014, and,

    3.    The parties' Joint Status Report is due by February 24, 2014.

    IT IS SO ORDERED.

DATED: January 7, 2014

                                               Troy L. Nunley
                                               United States District Judge

STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADINGS AND TO CONFER RE RULE 26(F) DISCOVERY PLAN