BRIAN L. ZAGON (SBN: 142403)
HUNSUCKER GOODSTEIN PC
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Telephone: (925) 284-0840
Facsimile: (925) 284-0870
Email: bzagon@hgnlaw.com

Attorneys for Defendants
PYRO SPECTACULARS NORTH, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN TRUXLER, an individual, and JOSEPH TRUXLER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>PYRO SPECTACULARS NORTH, INC., a corporation, and LAKE TAHOE VISITORS AUTHORITY, INC., a corporation,<br><br>Defendants. | Case No. 2:13-cv-02310-TLN-EFB<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADINGS AND TO CONFER RE RULE 26(f) DISCOVERY PLAN**<br><br>Mediation Date: February 27, 2014<br>Mediator: Michael Vergara<br><br>Complaint Filed: November 6, 2013<br>Judge: The Honorable Troy L. Nunley |

It is hereby stipulated by and between Joan and Joseph Truxler ("Plaintiffs") and Pyro Spectaculars North, Inc. and Lake Tahoe Visitors Authority, Inc. ("Defendants"), through their respective counsel, as follows:

WHEREAS, this case has been submitted to the Voluntary Dispute Resolution Program ("VDRP") and mediation is scheduled for February 27, 2014 before Michael Vergara;

WHEREAS, responsive pleadings to Plaintiffs' complaint are due on or before February 10, 2014, the deadline for the parties to confer regarding Rule 26(f) discovery plan is February 18, 2014, and the joint status report is due on or before February 24, 2014; and,

WHEREAS, the parties agree that extending these deadlines will facilitate the mediation session and may preserve the Court's and the parties' resources should the VDRP session prove successful.

---

1

STIPULATION AND ORDER FURTHER EXTENDING TIME TO FILE RESPONSIVE
PLEADINGS AND TO CONFER RE RULE 26(F) DISCOVERY PLAN

1 THEREFORE, the parties respectfully request that the Court extend the deadlines as follows:

2     1.     Responsive pleadings to Plaintiffs' complaint will be due March 10, 2014;

3     2.     The parties shall meet and confer regarding a Rule 26(f) discovery plan by March 18, 2014, and,

5     3.     The parties' Joint Status Report will be due by March 24, 2014.

Dated: January 22, 2014     HUNSUCKER GOODSTEIN PC

By:   /s/ Brian L. Zagon
Brian L. Zagon (SBN: 142403)
HUNSUCKER GOODSTEIN PC
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Telephone: (925) 284-0840
Facsimile: (925) 284-0870
Email: bzagon@hgnlaw.com

Attorneys for Defendant
PYRO SPECTACULARS NORTH, INC.

Dated: January 21, 2014     FELDMAN MCLAUGHLIN THIEL LLP

By:   /s/
Kara L. Thiel (SBN: 244370)
FELDMAN MCLAUGHLIN THIEL LLP
178 U.S. Highway 50, Suite B
P. O. Box 1309
Zephyr Cove, NV 89448
Tel: (775) 580-7431
Fax: (775) 580-7436
Email: kara@fmttahoe.com

Attorneys for Defendant
LAKE TAHOE VISITORS AUTHORITY, INC.

Dated: January 22, 2014     LOZEAU DRURY LLP

By:   /s/
Michael R. Lozeau (SBN: 142893)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4205
Email: michael@lozeaudrury.com

Attorneys for Plaintiffs
JOAN AND JOSEPH TRUXLER

STIPULATION AND ORDER FURTHER EXTENDING TIME TO FILE RESPONSIVE
PLEADINGS AND TO CONFER RE RULE 26(F) DISCOVERY PLAN

2

## **ORDER**

GOOD CAUSE APPEARING THEREFORE:

    IT IS HEREBY ORDERED that:

    1.    Responsive pleadings to Plaintiffs' complaint are due March 10, 2014;

    2.    The parties shall meet and confer regarding a Rule 26(f) discovery plan by March 18, 2014, and,

    3.    The parties' Joint Status Report is due by March 24, 2014.

    IT IS SO ORDERED.

Dated: January 23, 2014

_____
Troy L. Nunley
United States District Judge