BRIAN L. ZAGON (SBN: 142403)
HUNSUCKER GOODSTEIN PC
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Telephone: (925) 284-0840
Facsimile: (925) 284-0870
Email: bzagon@hgnlaw.com

Attorneys for Defendants
PYRO SPECTACULARS NORTH, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN TRUXLER, an individual, and JOSEPH TRUXLER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>PYRO SPECTACULARS NORTH, INC., a corporation, and LAKE TAHOE VISITORS AUTHORITY, INC., a corporation,<br><br>Defendants. | Case No. 2:13-cv-02310-TLN-EFB<br><br>**STIPULATION AND ORDER FURTHER EXTENDING TIME TO FILE RESPONSIVE PLEADINGS AND TO CONFER RE RULE 26(f) DISCOVERY PLAN**<br><br>Complaint Filed: November 6, 2013<br>Judge: The Honorable Troy L. Nunley |

It is hereby stipulated by and between Joan and Joseph Truxler, Pyro Spectactulars North, Inc. and Lake Tahoe Visitors Authority, Inc., through their respective counsel, as follows:

WHEREAS, at the parties' request the Court ordered this case to the Voluntary Dispute Resolution Program ("VDRP") on December 11, 2013;

WHEREAS, the parties participated in a mediation on February 27, 2014 with Michael Vergara, who was selected as the mediator through the VDRP;

WHEREAS, the parties agreed to a schedule for the exchange of settlement documents in order to try to resolve the case in the next thirty (30) days, and negotiations are continuing with the assistance of Mr. Vergara;

WHEREAS, responsive pleadings to Plaintiffs' complaint are due on or before March 10, 2014, the deadline for the parties to confer regarding Rule 26(f) discovery plan is March 18, 2014, and the joint status report is due on or before March 24, 2014; and,

1  WHEREAS, the parties agree that extending these deadlines will facilitate a possible settlement and will preserve the Court's and the parties' resources in the event a settlement is reached.

THEREFORE, the parties respectfully request that the Court extend the deadlines as follows:

1. Responsive pleadings to Plaintiffs' complaint will be due March 27, 2014;
2. The parties shall meet and confer regarding a Rule 26(f) discovery plan by April 3, 2014, and,
3. The parties' Joint Status Report will be due by April 10, 2014.

Dated: March 3, 2014                    HUNSUCKER GOODSTEIN PC

By: /s/ Brian L. Zagon
Brian L. Zagon (SBN: 142403)
HUNSUCKER GOODSTEIN PC
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Telephone: (925) 284-0840
Facsimile: (925) 284-0870
Email: bzagon@hgnlaw.com
Attorneys for Defendant
PYRO SPECTACULARS NORTH, INC.

Dated: March 3, 2014                    FELDMAN MCLAUGHLIN THIEL LLP

By: /s/ Kara L. Thiel
(as authorized on March 3, 2014)
Kara L. Thiel (SBN: 244370)
FELDMAN MCLAUGHLIN THIEL LLP
178 U.S. Highway 50, Suite B
P. O. Box 1309
Zephyr Cove, NV 89448
Tel: (775) 580-7431
Fax: (775) 580-7436
Email: kara@fmttahoe.com
Attorneys for Defendant
LAKE TAHOE VISITORS AUTHORITY, INC.

Dated: March 3, 2014                    LOZEAU DRURY LLP

By: /s/ Michael R. Lozeau
(as authorized on March 3, 2014)
Michael R. Lozeau (SBN: 142893)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4205
Email: michael@lozeaudrury.com
Attorneys for Plaintiffs

STIPULATION AND ORDER FURTHER EXTENDING TIME TO FILE RESPONSIVE
PLEADINGS AND TO CONFER RE RULE 26(F) DISCOVERY PLAN

2

JOAN AND JOSEPH TRUXLER

## ORDER

GOOD CAUSE APPEARING THEREFORE:

IT IS HEREBY ORDERED that:

1. Responsive pleadings to Plaintiffs' complaint are due March 27, 2014;

2. The parties shall meet and confer regarding a Rule 26(f) discovery plan by April 3, 2014, and,

3. The parties' Joint Status Report is due by April 10, 2014.

IT IS SO ORDERED.

Dated: March 4, 2014

_____
Troy L. Nunley
United States District Judge