Michael R. Lozeau (CA Bar No. 142893)
  michael@lozeaudrury.com
Douglas J. Chermak (CA Bar No. 233382)
  doug@lozeaudrury.com
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel:  (510) 836-4200
Fax: (510) 836-4205 (fax)

Attorneys for Plaintiffs
Joan Truxler and Joseph Truxler

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN TRUXLER, an individual, and JOSEPH TRUXLER, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>PYRO SPECTACULARS NORTH, INC., a corporation, and LAKE TAHOE VISITORS AUTHORITY, INC., a corporation,<br><br>　　　　　Defendants. | Case No. 2:13-cv-02310-TLN-EFB<br><br>**NOTICE OF SETTLEMENT; STIPULATION AND ORDER STAYING PROCEEDINGS AND VACATING EXISTING DEADLINES**<br><br>Complaint Filed: November 6, 2013<br>Judge: The Honorable Troy L. Nunley |

PLEASE TAKE NOTICE that the Parties have reached a settlement resolving all claims in this action.  The settlement is contingent upon the issuance by the Tahoe Douglas Fire Protection District of a Pyrotechnic Display Permit ("Permit") including certain terms agreed to by the Parties.  The Parties expect the Permit to be issued no later than June 15, 2014.  The settlement further includes terms that would result in the Parties filing a stipulated request for dismissal of the action within two weeks after issuance of the Permit.

In light of the settlement agreement entered into by the parties and the need to await conclusion of the District's permit process, Plaintiffs Joan Truxler and Joseph Truxler ("the Truxlers"), Defendant Pyro Spectaculars North, Inc., and Defendant Lake Tahoe Visitors Authority, Inc., through their respective counsel, stipulate and agree as follows:

WHEREAS, on November 6, 2013, the Truxlers filed their complaint in this action;

WHEREAS, pursuant to the Court's March 4, 2014 Order, the following actions are

currently scheduled in this matter:  1) The parties shall meet and confer regarding a Rule 26(f) discovery plan by April 3, 2014, and 2) the parties' Joint Status Report is due by April 10, 2014;

      WHEREAS, pursuant to the parties' stipulated request, on December 11, 2013, the Court referred this case to the Voluntary Dispute Resolution Program (VDRP);

      WHEREAS, Plaintiffs and Defendants have been diligently engaged in settlement discussions;

      WHEREAS, on March 31, 2014, the parties successfully completed and executed an out-of-court settlement agreement which is confidential;

      WHEREAS, it is the Parties' understanding that the Tahoe Douglas Fire Protection District intends to issue the Permit not later than June 15, 2014;

      WHEREAS, within two weeks of issuance of the Tahoe Douglas Fire Protection District's issuance of the Permit, the Parties expect to file a stipulated request for dismissal of this action;

      WHEREAS, in light of the parties' entering into the settlement agreement and the need to allow the Tahoe Douglas Fire Protection District to review and issue the Permit and for the conditions of the settlement agreement to be completed, and in the interests of efficiency and judicial economy, the parties further request that the Court immediately stay all proceedings in this action until June 20, 2014, by which date the Parties expect to have filed a stipulated request for dismissal with Court.

      THEREFORE, IT IS HEREBY STIPULATED by and between the Truxlers and Defendants, through their respective counsel of record, that the Court stay all proceedings in this action until June 20, 2014 and, with the exception of this Stipulation, vacate all deadlines and dates currently scheduled by the Court and set contingent dates for the Parties to meet and confer regarding a Rule 26(f) discovery plan by June 27, 2014 and file a Joint Status Report by July 3, 2014, in the unlikely event that the Parties do not file a stipulated request for dismissal by June 20, 2014.

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

Dated:  April 3, 2014								HUNSUCKER GOODSTEIN PC


										By:  /s/ Brian L. Zagon (as authorized on April 3, 2014)
										     Brian L. Zagon
										     HUNSUCKER GOODSTEIN PC
										     3717 Mt. Diablo Blvd., Suite 200
										     Lafayette, CA 94549
										     Telephone: (925) 284-0840
										     Facsimile: (925) 284-0870
										     Email: bzagon@hgnlaw.com
										     Attorneys for Defendant
										     PYRO SPECTACULARS NORTH, INC.

Dated:  April 3, 2014								FELDMAN MCLAUGHLIN THIEL LLP


										By:  /s/Kara L. Thiel (as authorized on April 3, 2014)
										     Kara L. Thiel
										     FELDMAN MCLAUGHLIN THIEL LLP
										     178 U.S. Highway 50, Suite B
										     P. O. Box 1309
										     Zephyr Cove, NV  89448
										     Tel:  (775) 580-7431
										     Fax:  (775) 580-7436
										     Email:  kara@fmttahoe.com
										     Attorneys for Defendant
										     LAKE TAHOE VISITORS AUTHORITY, INC.

Dated:  April 3, 2014								 LOZEAU DRURY LLP


										 By:  /s/ Michael R. Lozeau
										      Michael R. Lozeau (SBN: 142893)
										      LOZEAU DRURY LLP
										      410 12th Street, Suite 250
										      Oakland, CA  94607
										      Tel:  (510) 836-4200
										      Fax: (510) 836-4205
										      Email:  michael@lozeaudrury.com
										      Attorneys for Plaintiffs
										      JOAN AND JOSEPH TRUXLER

**ORDER**

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT:

1. All proceedings in this action are hereby stayed through June 20, 2014.

2. With the exception of this Order, all deadlines and dates currently scheduled by the Court are vacated.

3. If a stipulated request for dismissal is not filed prior to June 20, 2014, the Parties shall meet and confer regarding a Rule 26(f) discovery plan by June 27, 2014, and file a Joint Status Report by July 3, 2014.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 4, 2014

_____
Troy L. Nunley
United States District Judge